UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Stanley Rimpson<br>    Caren H Rimpson<br>        Debtor(s) | Case No. 12-02077 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/23/2012.

2) The plan was confirmed on 06/06/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/13/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2016.

5) The case was dismissed on 03/11/2016.

6) Number of months from filing to last payment: 46.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $3,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $15,014.71 |
| Less amount refunded to debtor | $1,506.81 |

**NET RECEIPTS:** $13,507.90

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $590.75 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,590.75

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1,921.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FURNITURE | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FURNITURE | Secured | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| ASSOCIATE PATHOLOGIST OF JOLIET | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & THERAPEUTIC INS | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| BOULDER CREDIT SERVICES | Unsecured | 290.00 | 289.90 | 289.90 | 0.00 | 0.00 |
| BOULDER CREDIT SERVICES | Unsecured | 165.00 | 165.13 | 165.13 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| CHECK COLLECTION OF AMERICA | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| CHEX SYSTEM | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| CHEX SYSTEM | Unsecured | 260.90 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 470.00 | 350.00 | 350.00 | 16.46 | 0.00 |
| CITY OF JOLIET | Unsecured | 1,242.00 | NA | NA | 0.00 | 0.00 |
| CLAIRE M WILSON | Unsecured | 3,637.00 | NA | NA | 0.00 | 0.00 |
| CNAC JOLIET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 1,408.00 | 1,503.76 | 1,503.76 | 70.70 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 90.00 | 97.60 | 97.60 | 0.00 | 0.00 |
| COMCAST | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 5,058.00 | 7,070.85 | 7,070.85 | 332.42 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,265.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPI | Unsecured | 115.00 | 100.00 | 100.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EM STRATEGIES LTD | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| GARY K DAVIDSON | Unsecured | 5,318.00 | NA | NA | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | NA | 6,554.85 | 6,554.85 | 308.16 | 0.00 |
| GATEWAY FINANCIAL | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 244.33 |
| HEALTHCARE RECOVERY SO | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 2,100.00 | 1,558.78 | 1,558.78 | 73.28 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,292.00 | 6,078.75 | 6,078.75 | 6,078.75 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 6,469.00 | 6,926.66 | 6,926.66 | 325.64 | 0.00 |
| JOLIET RADIOLOGY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| MICHELLE ROWE | Unsecured | 5,000.00 | 6,625.50 | 6,625.50 | 311.51 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,302.00 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 3,702.00 | 3,316.22 | 3,316.22 | 155.90 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE EMERGENCY SERVICES | Unsecured | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 434.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RENUKA H BHATT MDSC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CO | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 283.00 | 156.69 | 156.69 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST SURGICAL ASSOC | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,715.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR MANAGEMENT | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| THE COLLECTION FIRM OF FRANKLI | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE FINANCIAL SERVICES | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,000.00 | $3,000.00 | $244.33 |
| All Other Secured | $1,500.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,500.00** | **$3,000.00** | **$244.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,078.75 | $6,078.75 | $0.00 |
| **TOTAL PRIORITY:** | **$6,078.75** | **$6,078.75** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$34,715.94** | **$1,594.07** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $2,590.75 |
| Disbursements to Creditors | $10,917.15 |
| **TOTAL DISBURSEMENTS :** | **$13,507.90** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/12/2016                By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**